FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JUN 29 AM 10:06
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

Division

Case No. 23cv286
*(to be filled in by the Clerk's Office)*

Susann Becker Hurd

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Kirk Fellhoelter, Kristen Mickey, Audrey Miller, Kadee Bayless, Michael Modec, Scottsbluff county court, Scottsbluff public School district

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED
JUN 29 2023
CLERK
U.S. DISTRICT COURT



1-16

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | SUSANNE BECKER | | |
| Address | 50965 COUNTY ROAD 27 | | |
| | SCOTTSBLUFF | NE | 69361 |
| | *City* | *State* | *Zip Code* |
| County | SCOTTSBLUFF | | |
| Telephone Number | 308-631-7366 | | |
| E-Mail Address | | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Kirk Fellhoelter | | |
| Job or Title *(if known)* | Morrill county Attorney | | |
| Address | 122 E. 10th street (p.o box 923 | | |
| | Bridgeport | NE | 69336 |
| | *City* | *State* | *Zip Code* |
| County | morrill | | |
| Telephone Number | 308-262-7250 | | |
| E-Mail Address *(if known)* | kirk@morrillcountyne.com | | |

☒ Individual capacity ☒ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Kristen D. Mickey | | |
| Job or Title *(if known)* | NEBRASKA Scottsbluff County Judge | | |
| Address | 1725 10th street | | |
| | gering | ne | 69341 |
| | *City* | *State* | *Zip Code* |
| County | SCOTTSBLUFF | | |
| Telephone Number | 308-436-6648 | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity ☒ Official capacity



2-16

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SUSANNE BECKER

Address: 50965 COUNTY ROAD 27

SCOTTSBLUFF (*City*) NE (*State*) 69361 (*Zip Code*)

County: SCOTTSBLUFF

Telephone Number: 308-631-7366

E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Mike Modec

Job or Title *(if known)*: Scottsbluff public high school resource officer

Address: 313 east 27th

scottsbluff (*City*) ne (*State*) 69361 (*Zip Code*)

County: scottsbluff

Telephone Number: 308-635-6230

E-Mail Address *(if known)*:

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*:

Address:

*City* *State* *Zip Code*

County:

Telephone Number:

E-Mail Address *(if known)*:

☒ Individual capacity ☒ Official capacity



3-16

Defendant No. 3

| | |
|---|---|
| Name | AUDERY MILLER |
| Job or Title *(if known)* | NEBRASKA DISTRICT JUDGE OF SCOTTSBLUFF |
| Address | 1725 10TH STRETT |
| | GERING (City) NE (State) 69341 (Zip Code) |
| County | SCOTTSBLUF |
| Telephone Number | 308-436-6648 |
| E-Mail Address *(if known)* | |

☒ Individual capacity ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | KADEE BAYLESS |
| Job or Title *(if known)* | STATE OF NEBRASKA DHHS CASE WORKER |
| Address | 503 BROADWAY |
| | SCOTTSBLUFF (City) NE (State) 69361 (Zip Code) |
| County | SCOTTSBLUFF |
| Telephone Number | 402-471-3121 |
| E-Mail Address *(if known)* | |

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

parent/child relationship of the fourteenth Amendment by procedual and substantive due process parental bill of rights 2023-2024

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?



4-16

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please See Attachment

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Scottsbluf school district, ~~Aulick manufacturing~~, scottsbluff court house ~~ha~~sGering, Nebraska in Scottsbluff county

B. What date and approximate time did the events giving rise to your claim(s) occur?

~~May 8, and 9, 2023~~ January 21, 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see Attachment



5-16

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see Attachment

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please see Attachmentt



6-16

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 26, 2023

Signature of Plaintiff: Susanne Becker

Printed Name of Plaintiff: Susanne Becker

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

*City* _____ *State* _____ *Zip Code* _____

Telephone Number __________

E-mail Address __________

Under, the Nebraska revised statue32-52 the county attorney, qualifications have to meet; by following, the Nebraska revised statue 23-1201.01 which clearly states: if elected into office he/she shall reside in the county he or she holds office in that county only and the Nebraska revised statue 32-604.4 says: no person serving in a elected position can serve in more than one county unless appointed if there is no county attorney elected in other county for a county attorney to hold two positions.

And also, a county attorney has to follow a jurisdiction law which says: Nebraska Revised State 24-517(5) exclusive original jurisdiction in matter over civil actions that includes the laws:

1. Nebraska revised statue 42-351(1) saying: county and district jurisdiction in matters involving child support, minor children, property, court orders and etc.
2. Nebraska law 42-347 and 42-381 saying divorce, legal separation or paternity and etc.

On January 21, 2022 at night the morrill county attorney Kirk Fellhoelter had no legal jurisdiction rights to come into Scottsbluff County and issue a warrant allowing Kadee Bayless to take Texas "home state" children out of the secondary



8~16

residence of Susanne Becker. Kadee Bayless had on hand with her that night a City of Scottsbluff Officer, a School police officer Michael Modec and another State of Nebraska human health service employee and they came knocked on the door with a warrant in hand and walked in the residence told Susanne Becker their taking Grace, faith and Hope Hurd and also took Susanne dodge truck with them then the next day demand insurance information on the dodge truck and Susanne Becker refused and ask for the truck back and it took 3 weeks for the Scottsbluff public school resource officer Michael Modec to come back with the truck which came back badly damaged all without the authorization or notice to Randall County attorney of Texas.

Judge Kristen Mickey of Scottsbluff county court and Judge Audrey Miller had no jurisdictional rights to oversee any of these matters in Scottsbluff county court or Nebraska district court because the children "home state" was label as Randall county, Texas under a civil action lawsuit in which Kadee Bayless took a copy of the divorce decree on January 21, 2021. Randall County Judge Walker orders where that (Grace) Faith and Hope Hurd where to stay in Scottsbluff county and go to school in Scottsbluff county Nebraska and Judge Kristen Mickey with the help of Judge Audrey Miller violated those orders and concurrent jurisdiction

rights of Randall county, Texas and made a verbal order that the children go to James Hurd in California without notifying Randall county, Texas.

The fact are: David Eubanks would have had to give written or public notice

including on the website that he won't be able to hold office do to absence, sickness, or disability for Kirk Fellhoelter to take jurisdictional rights as a deputy to issue a warrant to go into Susanne Becker secondary residence in the Scottsbluff County, Nebraska. There was no need for the morrill elected county attorney Kirk Fellhoelter to cross jurisdictions and come into Scottsbluff county, Nebraska without having a written signed notice that is attached something with the terms as: " the current elected county Attorney David Eubanks couldn't preforms his duties" accompanied by the warrant given by another county's attorney.

The fact is: The elected morrill county attorney Kirk Fellhoelter would be committing fraud from Scottsbluff county and Morrill County by double dipping into two counties and collecting two paychecks and would be neglecting his elected position in Morrill county to by overseeing Scottsbluff county court affairs which would be a great disgrace to the morrill county people.

The fact is: After the morrill county Attorney Kirk Fellhoelter issued the warrant for Kadee Bayless (and another employee) an employee of the State of Nebraska Department of human health services and Officer Michael Modec an employee of both Scottsbluff Public School resource Officer (with another officer) and the City of Scottsbluff police to come into Susanne Becker's secondary place of residence and take Grace, Faith and Hope Hurd all of the Defendants committed interference to parent child relationship with Susanne Becker and her children.

Susanne Becker's parent child relationship with Grace, Faith and Hope Hurd was sever (cut and broken) by the Defendants in the reckless behavior of deceit, fraud and misuse of law by using the color of the law in their official positon which can be seen as human trafficking minors without following concurrent jurisdictions and orders from original state of Texas and county of Randall.

Also, the local sub-contractor of Scottsbluff County, Nebraska hired by State of Nebraska Department of Human services, Mccoounghy Discover center employee Mary Stovell signed a contractual agreement with the parent Susanne Becker that says the children Grace, Faith and Hope Hurd stay in Scottsbluff County, Nebraska and the contract also clearly says Susanne Becker has rights to visitation with ALL



11 - 16

of her children but they oppressed Susanne Becker parent child rights and refused Susanne Becker to see or speak to her children a parental right.

Even if a situation arises in the State of Nebraska, the State of Nebraska had no concurrent jurisdiction over Texas children.

The State of Nebraska, Morrill county attorney of Nebraska, Scottsbluff County and District Judges of Nebraska, the Scottsbluff City police office and the Scottsbluff public schools all had a duty under the color of law to notify the State of Texas and Randall County, Texas of any situation that arising with Texas children. The Defendants did not notify Texas because Texas never came and took their "home state" children Grace, faith and Hope Hurd and never tried Susanne Becker under Texas laws for abuse or neglect which would have been the correct jurisdiction by contractual terms of the divorce decree therefore Morrill county Kirk Fellhoelter, State of Nebraska DHHS employee Kaddee Bayless, Scottsbluff public schools resource officer had to call and notify Texas hotline of abuse and neglect do to concurrent jurisdiction rules, laws and contractual terms it was not the duty of the State of Nebraska, the county of Morrill, the County of Scottsbluff to try Susanne Becker of terms of abuse and neglect it was the duty of Randall



12-16

county Texas do to the fact of the "home State" of (Grace) Faith and Hope Hurd was Amarillo, Randall county, Texas.

The Defendants injured Susanne Becker parent child relationship under by taking civil action against her under the wrong jurisdiction by not following "home state" orders written on the divorce decree but instead breaking contractual orders and jurisdiction by allowing: The children father James Thomas Hurd who lives in California to help with severing the Susanne Becker parent child relationship between Grace, Faith and Hope Hurd and give the children to James Hurd without updating or notify Randall county, Texas. The Defendants injured Susanne Becker parent child relationship by violating the Randall county civil action decree that says: anyone that is connection with Faith and Hope Hurd has to by the decree register their names, addresses, driver licensees into the Randall county court house or they can be charge with a crime for not notifying Randall county courts on the whereabouts of Faith and Hope Hurd. This basically means, the Defendants human traffic Susanne Becker children and sever Susanne Becker contractual agreement to parent child relationship under the color of the law. by breaking ~~decree~~ orders.

By misusing the laws, the parent child relationship Susanne Becker had with Grace, Faith and Hope Hurd was sever and causes Susanne Becker to have



13-16

horrible recurring nightmares on a daily bases that inflicts emotionally, mentally, and physical damages and injuries that will never go away for a life because the of Defendants violating the color of the laws.

Because of the Defendants misuse of public state and federal laws to sever Susanne's parent child relationship with Grace, Faith and Hope Hurd, Susanne Becker and her children are going to need lots of healing recovery from the injuries and damages that took place in Scottsbluff county Nebraska. The relief Susanne is seeking to recover is $250,000 dollars from each Defendant on punitive damages and 5 Billion dollars from each Defendant for the damages that shocked the conscience of Susanne Becker by the acts of oppression, the acts of interference and acts of deceit, fraud and misused of jurisdictional laws and breaking contractual agreements.



14-16

Filed in Scotts Bluff County Court
*** EFILED ***
Case Number: C21JV220000032
Transaction ID: 0017879552
Filing Date: 01/21/2022 05:18:34 PM MST

IN THE COUNTY COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE INTERESTS | ) JUV. DOCKET. __________ |
| OF | ) **JUVENILE COURT PETITION** |
| **Grace Becker,** | ) LACKED PARENTAL CARE, SITUATION DANGEROUS § 43-247(3)(a) |
| A MINOR CHILD UNDER 18 YEARS OF AGE | ) |

STATE OF NEBRASKA )
) ss.
COUNTY OF SCOTTS BLUFF )

Kirk Fellhoelter, Scotts Bluff County Attorney's Deputy County Attorney in and for Scotts Bluff County, Nebraska, alleges in the name of the State of Nebraska that Grace Becker is a child within the meaning of § 43-247(3A), N.R. S. as amended by reason of the following particulars:

**1)** Said minor child then in Scotts Bluff County, Nebraska lacked proper parental care by reason of the faults or habits of his or her parent, guardian or custodian and/or was in a situation or engaged in an occupation dangerous to life or limb or injurious to the health or morals of such juvenile, to wit:

a) Juvenile's parent(s) fail to provide safe, stable, and/or sanitary housing.
b) Juvenile's mother's mental health places the juvenile or a sibling of the juvenile at risk of harm and/or depriving the juvenile of necessary parental care.
c) Juvenile's mother is unwilling and/or is unable to provide basic needs for the juvenile or a sibling of the juvenile.
d) Juveniles father has failed to protect the juvenile.

The following facts are pertinent to the above named child:

Date of Birth: A juvenile less than 18 years of age.
Name of Father: Unknown
Name of Mother: Susanne R. Becker
Address of Mother: 506 W. 42nd Street, Scottsbluff, NE 69361

WHEREFORE, the Petitioner prays the Court to adjudicate the child to be as alleged and enter such orders as may be warranted, to include but not limited to child

5-16

alleged and enter such orders as may be warranted, to include but not limited to child support and medical support for said minor child.

DATED this 21st day of January, 2022.

Kirk Fellhoelter, NSBA#26130
Deputy County Attorney
Scotts Bluff County Attorney's Office
1725 10th Street
Gering, Ne 69341
(308)436-6674

STATE OF NEBRASKA )
) SS
COUNTY OF SCOTTS BLUFF )

Kirk Fellhoelter, Deputy County Attorney of Scotts Bluff County, Nebraska, being on oath duly sworn, deposes and says that he/she is the Petitioner herein and that he/she has read the foregoing Petition, knows that contents thereof and that the same are true as he/she verily believes.

Kirk Fellhoelter, NSBA#26130
Deputy County Attorney
Scotts Bluff County Attorney's Office
1725 10th Street
Gering, NE 69341
(308)436-6674

The above and foregoing document was subscribed and sworn to before me on this 21st day of January, 2022, by Kirk Fellhoelter, known personally to me or having produced satisfactory evidence of identification to me.

Notary Public

GENERAL NOTARY - State of Nebraska
COURTNEY R. GLEIM
My Comm. Exp. January 11, 2023

A.O.,

16-16

BECKER
30965CR 27
Scottsbluff, NE
69361

CERTIFIED MAIL®

7020 2450 0001 4230 3296

U.S. POSTAGE PAID
FCM LG ENV
CHEYENNE, WY
82009
JUN 26, 23
AMOUNT
$7.57
R2307M152775-78
RDC 23
68102

RECEIVED
JUN 29 2023
CLERK
U.S. DISTRICT COURT

Office of the Clerk
U.S.D. Court
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322